IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

**FILED**

*3:39 pm, 9/15/17*

**Stephan Harris**
**Clerk of Court**

UNITED STATES OF AMERICA

v.

MARCO CASTRO-CRUZ

Criminal No. 14-cr-00007-J

Consent to Transfer of Case
for Plea and Sentence
*(Under Rule 20)*

I, <u>Marco Castro-Cruz</u>, defendant, have been informed that an <u>Indictment</u> is pending against me in the above designated cause. I wish to plead <u>Guilty to Count One of the Indictment</u>, and to consent to the disposition of the case in the District of <u>Colorado</u> in which I <u>am arrested and detained in US Marshall's custody</u> and to waive trial in the above captioned District.

Dated: 9/15/17 at 12 6/2

_Marco Castro Cruz_
(Defendant)

_[signature]_
(Witness)

_[signature]_
(Counsel for Defendant)

Approved:

_Guy T[signature]_
Special Attorney to the U.S. Attorney General

_[signature]_
Acting United States Attorney

_Guy T[signature]_
Assistant United States Attorney for the District of Colorado

_[signature]_
Acting United States Attorney

FORM USA-153