```
                                   FILED
                            U.S. DISTRICT COURT
                            DISTRICT OF WYOMING

                             2014 JAN 15  AM 10 51

                            STEPHAN HARRIS, CLERK
                                  CHEYENNE
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. 14-CR-7-J |
| | ) | |
| Plaintiff, | ) | **Ct. 1:** 21 U.S.C. §846 and 841(a)(1) |
| | | and (b)(1)(C) (Conspiracy to |
| | ) | Distribute Heroin Resulting in |
| | ) | Death) |
| v. | ) | **Ct. 2:** 21 U.S.C. § 841(a)(1) and |
| | ) | (b)(1)(C) and 18 U.S.C. § 2 |
| | ) | (Distribution of Heroin Resulting |
| **MARCO CASTRO-CRUZ,** | ) | in Death and Aiding and Abetting |
| a/k/a Juan Ramirez-Perez, | ) | the Distribution of Heroin |
| a/k/a Guero, | ) | resulting in Death) |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning on or about April 1, 2013, through on or about April 25, 2013, within the District of Colorado, the Defendant, **MARCO CASTRO-CRUZ**, a/k/a Juan Ramirez-Perez, a/k/a Guero, and one and more other persons did knowingly agree to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, the use of which resulted in the death of Kaleb Paul Skog within the District of Wyoming on or about April 10, 2013, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(C).

## COUNT TWO

Beginning on or about April 9, 2013, within the District of Colorado, the Defendant, **MARCO CASTRO-CRUZ**, a/k/a Juan Ramirez-Perez, a/k/a Guero, intentionally aided and abetted another person to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, the use of which resulted in the death of Kaleb Paul Skog within the District of Wyoming on or about April 10, 2013, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

*[signature]*
FOREPERSON

ERIC H. HOLDER, JR.
Attorney General of the United States
JOHN F. WALSH
United States Attorney, District of Colorado

BY: *[signature]*
GUY TILL, AUSA
BRADLEY W. GILES, AUSA
Special Attorneys, District of Colorado
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 Fax
Email: Bradley.Giles@usdoj.gov
Email: Guy.Till@usdoj.gov
Attorneys for the Government