## PENALTY SUMMARY

**DEFENDANT NAME:**   MARCO CASTRO-CRUZ,
a/k/a Juan Ramirez-Perez,
a/k/a Guero

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

__X__ Cheyenne   ____ Casper   ____ Lander   ____ No Preference

**VICTIM:**   __X__ Yes   ____ No

**SEAL CASE:**   __X__ Yes   ____ No

**PENALTIES AND OFFENSES:**

**OFFENSE:   Ct. 1:**   21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C)
(Conspiracy to Distribute Heroin Resulting in Death)

**PENALTIES:**   20 YEARS TO LIFE IMPRISONMENT
$1,000,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE:   Ct. 2:**   21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2
(Aiding and Abetting the Distribution of Heroin Resulting in Death)

20 YEARS TO LIFE IMPRISONMENT
$1,000,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**TOTAL PENALTIES:**   40 YEARS TO LIFE IMPRISONMENT
$2,000,000 FINE
3 YEARS SUPERVISED RELEASE
$300 SPECIAL ASSESSMENT

**AGENT:**   Special Agent Kevin M. Curry, DEA
Special Agent Troy Bartel, Wyoming DCI

**SPECIAL AUSA:**   Guy Till
District of Colorado   Bradley W. Giles

**ESTIMATED TIME OF TRIAL:**
\_\_\_\_ five days or less
__X__ over five days

**THE GOVERNMENT:**
__X__ will
\_\_\_\_ will not

**SEEK DETENTION IN THIS CASE.**

**INTERPRETER NEEDED:**
__X__ Yes
\_\_\_\_ No

__X__ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions

*Request for trial in Cheyenne*