IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Action No. 17-cr-334-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARCO CASTRO-CRUZ,

        Defendant.

---

## NOTICE OF ATTORNEY APPEARANCE

---

COMES NOW, Boston H. Stanton, Jr., of the Law Office of Boston H. Stanton, Jr., hereby enters his appearance as counsel of record for defendant, Marco Castro-Cruz in the above-captioned matter.

Dated this 21st day of September, 2017.

    Respectfully submitted,
    LAW OFFICE OF BOSTON H. STANTON, JR.

    s/Boston H. Stanton, Jr.
    Boston H. Stanton, Jr.
    P.O. Box 200507
    Denver, CO 80220
    (303) 377-2757 Telephone
    (303) 394-0204 Telecopier
    bostonhs@comcast.net
    **ATTORNEY FOR MARCO CASTRO-CRUZ**

### CERTIFICATE OF MAILING

I hereby certify that on September 21, 2017, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all interested parties, to include the following:

Guy Till guy.till@usdoj.gov

    s/Boston H. Stanton, Jr.
    LAW OFFICE OF BOSTON H. STANTON, JR.