IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-CR-00334-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MARCO CASTRO-CRUZ,
    a/k/a Guero,

    Defendant.

___

### ENTRY OF APPEARANCE AS SPECIAL ATTORNEY TO THE ATTORNEY GENERAL
___

    Assistant United States Attorney Guy Till respectfully enters his appearance in the above captioned and styled case as Special Attorney to the United States Attorney General pursuant to 28 U.S.C. § 515, having been appointed in the matter of cases concerning the distribution of heroin resulting in the death of Mr. Kaleb Skog in 2013. The attached copy of the June 20, 2017 letter from Valerie D. Mulcahy, Assistant Director, Human Resources Staff, Operations Division, Executive Office for United States Attorneys, U.S. Department of Justice, is filed with the Clerk of the Court, indicating the continued extension of AUSA Guy Till's appointment.

    Respectfully submitted this 30th day of January, 2018.

                        ROBERT C. TROYER
                        United States Attorney

                        BY: s/ *Guy Till*
                        GUY TILL
                        Special Attorney to the United States Attorney General
                        Assistant United States Attorney
                        United States Attorney's Office
                        1801 California Street, #1600
                        Denver, CO 80202
                        Telephone: 303-454-0207
                        E-Mail: Guy.Till@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of January, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE AS SPECIAL ATTORNEY TO THE ATTORNEY GENERAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0405
E-mail: Michelle.Trujillo@usdoj.gov