**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-CR-00334-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARCO CASTRO-CRUZ,
    a/k/a Guero,

    Defendant.

---

**ENTRY OF APPEARANCE AS SPECIAL ATTORNEY
TO THE ATTORNEY GENERAL**

---

    Assistant United States Attorney Bradley W. Giles respectfully enters his appearance in the above captioned and styled case as Special Attorney to the United States Attorney General pursuant to 28 U.S.C. § 515, having been appointed in the matter of cases concerning the distribution of heroin resulting in the death of Mr. Kaleb Skog in 2013.  The attached copy of the June 20, 2017 letter from Valerie D. Mulcahy, Assistant Director, Human Resources Staff, Operations Division, Executive Office for United States Attorneys, U.S. Department of Justice, is filed with the Clerk of the Court, indicating the continued extension of AUSA Giles' appointment.

    Respectfully submitted this 2nd day of February, 2018.

ROBERT C. TROYER
United States Attorney

BY: *Bradley W. Giles*
Bradley W. Giles
Special Attorney to the United States Attorney General
Assistant United States Attorney
United States Attorney's Office
1801 California Street, #1600
Denver, CO 80202
303-454-0100
Bradley.Giles@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this February 2, 2018, I electronically filed the foregoing **ENTRY OF APPERANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

         BY: *Bradley W. Giles*
         Bradley W. Giles
         Special Attorney to the United States Attorney General
         Assistant United States Attorney
         United States Attorney's Office
         1801 California Street, #1600
         Denver, CO 80202
         303-454-0100
         Bradley.Giles@usdoj.gov