**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-CR-00334-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MARCO CASTRO-CRUZ,
    a/k/a Guero,

    Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS
COUNT TWO OF THE INDICTMENT**

---

The United States of America, by the undersigned Special Attorneys to the United States Attorney General, respectfully states and represents to the Court as follows:

The above styled case was originally indicted in the District of Wyoming on or about January 15, 2014 (DOC. #4). The case was transferred under Fed. R. Crim. P. 20 to the District of Colorado for Plea and Sentencing on or about September 19, 2017 (DOC. #1). The above named defendant pled guilty to Count One of the Indictment (DOC. #1-1) pursuant to the Plea Agreement (DOC. #4) on file in this case, 17-CR-00334-CMA-1.

The defendant is set to be sentenced on February 5, 2018. In accordance with the Plea Agreement (DOC. #4), after sentence has been imposed on Count One of the

1

Indictment, the Government respectfully asks the Court to enter an order to dismiss Count Two of the Indictment. (DOC. #1-1).

WHEREFORE, the Government respectfully moves the Court to enter an order dismissing Count Two of the Indictment.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

By: *Bradley W. Giles*
BRADLEY W. GILES
Special Attorney to the United States Attorney General
Assistant U.S. Attorney
1801 California Street, #1600
Denver, CO 80202
Telephone: 303-454-0100
Email: Bradley.giles@usdoj.gov

By: *Guy Till*
GUY TILL
Special Attorney to the United States Attorney General
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, #1600
Denver, CO 80202
Telephone: 303-454-0100
Email: Guy.Till@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this February 2, 2018, I electronically filed the foregoing **ENTRY OF APPERANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

         BY: *Bradley W. Giles*
         Bradley W. Giles
         Special Attorney to the United States Attorney General
         Assistant United States Attorney
         United States Attorney's Office
         1801 California Street, #1600
         Denver, CO 80202
         303-454-0100
         Bradley.Giles@usdoj.gov