IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 17-cr-00334-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARCO CASTRO-CRUZ,

        Defendant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that the Defendant, Marco Castro-Cruz (hereinafter "Defendant"), hereby appeals to the United States Court of Appeals for the Tenth Circuit (USCA) from his sentence imposed pursuant to Judgment entered February 6, 2018. (doc # 20).

Dated 13th day of February, 2018.

        Respectfully submitted,

        LAW OFFICE OF BOSTON H. STANTON, JR.

        s/Boston H. Stanton, Jr.
        Boston H. Stanton, Jr.
        P.O. Box 200507
        Denver, CO 80220
        (303) 377-2757 Telephone
        (303) 394-0204 Telecopier
        bostonhs@comcast.net

        **ATTORNEY FOR MARCO CASTRO-CRUZ**

# CERTIFICATE OF SERVICE

  I hereby certify that on February 13, 2018, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Guy Till guy.till@usdoj.gov

Barbara Skalla barbara.skalla@usdoj.gov

Bradley Giles bradley.giles@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Marco Castro-Cruz
c/o FDC, Englewood, CO

                s/Boston H. Stanton, Jr.
                LAW OFFICE OF BOSTON H. STANTON, JR.