APPEAL,INTERPRETER,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:17−cr−00334−CMA All Defendants

| | |
|---|---|
| Case title: USA v. Castro−Cruz | Date Filed: 09/19/2017 |
| Other court case number: 2:14cr00007ABJ1 District of Wyoming | Date Terminated: 02/06/2018 |

Assigned to: Judge Christine M. Arguello

**Defendant (1)**

**Marco Castro−Cruz**  represented by  **Boston H. Stanton , Jr.**
*TERMINATED: 02/06/2018*  Boston H. Stanton, Jr, Attorney at Law
*also known as*  P.O. Box 200507
Juan Ramirez−Perez  Denver, CO 80220
*TERMINATED: 02/06/2018*  303−377−2757
*also known as*  Fax: 303−394−0204
Guero  Email: bostonhs@comcast.net
*TERMINATED: 02/06/2018*  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) Conspiracy to Distribute Heroin Resulting in Death (1) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of TWO HUNDRED FORTY (240) MONTHS to run concurrent to the sentence imposed in U.S. District Court, District of Colorado Case Number 14−cr−00144−CMA−4. Supervised Release of THREE (3) YEARS to run concurrent to the sentence imposed in U.S. District Court, District of Colorado Case Number 14−cr−00144−CMA−4. Special Assessment of $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 Aiding and Abetting the Distribution of Heroin Resulting in Death (2) | Dismissed on Motion of the Government |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  represented by  **Barbara Suzanne Skalla**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0311
Fax: 303–454–0401
Email: barbara.skalla@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Guy Till**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0409
Email: guy.till@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Bradley William Giles**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0122
Fax: 303–454–0409
Email: bradley.giles@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2017 | 1 | CONSENT TO TRANSFER JURISDICTION (Rule 20) from District of Wyoming as to Marco Castro–Cruz. (Attachments: # 1 Indictment, # 2 Penalty Sheet, # 3 Docket Sheet)(athom, ) (Entered: 09/19/2017) |
| 09/19/2017 | 2 | MINUTE ORDER as to Marco Castro–Cruz on 09/19/2017. Initial Appearance, Arraignment, and Change of Plea Hearing set for 9/20/2017 at 11:00 AM in Courtroom A 602 before Judge Christine M. Arguello pursuant to 1 CONSENT TO TRANSFER JURISDICTION (Rule 20). Text Only Entry (athom, ) (Entered: 09/19/2017) |
| 09/20/2017 | 3 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Initial Appearance, Arraignment, and Change of Plea Hearing as to Marco Castro–Cruz held on 9/20/2017. ORDERED: GRANTING Government's oral motion to dismiss Count 2 of the Indictment; Boston Stanton appointed to represent Defendant. Plea entered by Defendant, Guilty as to Count 1 of the Indictment. Sentencing set for 2/6/2018 10:00 AM in Courtroom A 602 before Judge Christine M. Arguello. All other dates are vacated and any pending motions are denied as moot. The US Probation Office shall prepare a Presentence Report. Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections shall be filed no later than 7 days before the sentencing date. Failure to timely file these pleadings may result in a continuance of the sentencing date. Defendant present in custody; Defendant remanded. (Total time: 34 Minutes, Hearing time: 11:04 a.m. –– 12:12 p.m. –– split time with Case No. 14–cr–00144–CMA–04)<br><br>**APPEARANCES**: Guy Till and Barbara Skalla on behalf of the Government; Boston |

| | | |
|---|---|---|
| | | Stanton on behalf of the Defendant. ALSO PRESENT: Wyoming CJA Defense Counsel Sean Barrett; Detective Nick Werth; IRS Special Agent Chad Eichelberger. Court Reporter: Darlene Martinez. Interpreter: David Lauman. (swest) Text Only Entry (Entered: 09/20/2017) |
| 09/20/2017 | 4 | PLEA AGREEMENT as to Marco Castro−Cruz. (swest) (Entered: 09/20/2017) |
| 09/20/2017 | 5 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Marco Castro−Cruz. (swest) (Entered: 09/20/2017) |
| 09/21/2017 | 6 | NOTICE OF ATTORNEY APPEARANCE: Boston H. Stanton, Jr appearing for Marco Castro−Cruz (Stanton, Boston) (Entered: 09/21/2017) |
| 12/15/2017 | 7 | ORDER as to Marco Castro−Cruz: Sentencing set for 2/6/2018 is VACATED and RESET to 1/18/2018, at 02:00 PM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 12/15/2017. Text Only Entry (cmasec) (Entered: 12/15/2017) |
| 12/15/2017 | 8 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Marco Castro−Cruz (ntaka) (Entered: 12/15/2017) |
| 12/28/2017 | 9 | OBJECTION/RESPONSE to Presentence Report by Marco Castro−Cruz (Stanton, Boston) (Entered: 12/28/2017) |
| 01/08/2018 | 10 | REPLY by USA as to Marco Castro−Cruz to 9 Objection/Response to Presentence Report (Till, Guy) (Entered: 01/08/2018) |
| 01/09/2018 | 11 | RESTRICTED PRESENTENCE REPORT as to Marco Castro−Cruz (Attachments: # 1 Exhibit A)(srich, ) (Entered: 01/09/2018) |
| 01/09/2018 | 12 | RESTRICTED ADDENDUM to Presentence Report 11 as to Marco Castro−Cruz (srich, ) (Entered: 01/09/2018) |
| 01/12/2018 | 13 | Utility Setting/Resetting Deadlines/Hearings as to Marco Castro−Cruz: Sentencing set for 1/18/2018 is VACATED and RESET to 2/5/2018 09:00 AM in Courtroom A 602 before Judge Christine M. Arguello pursuant to Minutes in Case No. 14−cr−00144−04. Text Only Entry (swest) (Entered: 01/12/2018) |
| 01/22/2018 | 14 | MOTION for Non−Guideline Sentence *And Sentencing Memorandum* by Marco Castro−Cruz. (Attachments: # 1 Exhibit, # 2 Exhibit)(Stanton, Boston) (Entered: 01/22/2018) |
| 01/30/2018 | 15 | NOTICE OF ATTORNEY APPEARANCE Guy Till appearing for USA. *AS SPECIAL ATTORNEY TO THE ATTORNEY GENERAL* (Attachments: # 1 Continuation of Main Document Attachment)(Till, Guy) (Entered: 01/30/2018) |
| 02/02/2018 | 16 | NOTICE OF ATTORNEY APPEARANCE Bradley William Giles appearing for USA. Attorney Bradley William Giles added to party USA(pty:pla) (Attachments: # 1 Continuation of Main Document)(Giles, Bradley) (Entered: 02/02/2018) |
| 02/02/2018 | 17 | MOTION to Dismiss Counts *TWO OF THE INDICTMENT* by USA as to Marco Castro−Cruz. (Giles, Bradley) (Entered: 02/02/2018) |
| 02/05/2018 | 18 | STRICKEN by record made on 2/5/2018 − Miscellaneous Motions filed by Marco Castro−Cruz. (cthom, ) Modified on 2/5/2018 (cmasec). (Entered: 02/05/2018) |
| 02/05/2018 | 19 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 2/5/2018 as to Defendant Marco Castro−Cruz. ORDERED GRANTING 17 Government's Motion to Dismiss Counts; GRANTING 14 Defendant's Motion for Non−Guideline Sentence. Defendant sentenced as reflected on the record. Defendant present in custody; Defendant remanded. Total time: 45 Minutes, Hearing time: 9:04 a.m. − 10:35 a.m.) (Time split with 14−cr−00144). **APPEARANCES**: Bradley Giles and Barbara Skala on behalf of the Government ; Boston Stanton and Sean Barrett on behalf of the Defendant ; Michelle Means on behalf of Probation. Court Reporter: Janet Coppock. Interpreter: Cathy Bahr and Susana Cahill. (swest) Text Only Entry (Entered: 02/05/2018) |

| 02/06/2018 | 20 | JUDGMENT as to defendant Marco Castro−Cruz (1): Count 1, Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of TWO HUNDRED FORTY (240) MONTHS to run concurrent to the sentence imposed in U.S. District Court, District of Colorado Case Number 14−cr−00144−CMA−4. Supervised Release of THREE (3) YEARS to run concurrent to the sentence imposed in U.S. District Court, District of Colorado Case Number 14−cr−00144−CMA−4. Special Assessment of $100.00. Count 2, Dismissed on Motion of the Government. SO ORDERED by Judge Christine M. Arguello on 2/6/2018. (cmasec) (Entered: 02/06/2018) |
|---|---|---|
| 02/06/2018 | 21 | STATEMENT OF REASONS as to Marco Castro−Cruz. (cmasec) (Entered: 02/06/2018) |
| 02/13/2018 | 22 | NOTICE OF APPEAL re 20 Judgment, by Marco Castro−Cruz. (Stanton, Boston) Modified on 2/14/2018 to create linkage (athom, ). (Entered: 02/13/2018) |