# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | District Court No. 17-cr-00334-CMA |
| Plaintiff-Appellee, | Court of Appeals No. 18-1057 |
| v. | |
| **MARCO CASTRO-CRUZ** | DESIGNATION OF RECORD ON APPEAL |
| Defendant-Appellant. | |

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Docket entries as designated

2. Pre-sentence Investigation Report and all addenda thereto

3. Judgment of Conviction in a Criminal Case – Case No. 14-cr-144-CM (Doc. # 2135)

4. Transcripts of Change of Plea Hearings (09-20-17)

5. Transcript of Sentencing Hearing (02-06-18)

(Attach additional sheets if necessary)

Signature: s/Boston H. Stanton, Jr.

Counsel for: Defendant/Appellant Marco Castro-Cruz

I hereby certify that a copy of this designation, with docket sheets attached, was provided to opposing counsel and to and the clerk of the court of appeals on February 28, 2018

Signature: s/Boston H. Stanton, Jr.

Case 1:17-cr-00334-CMA Document 25-1 filed 02/28/18 USDC Colorado pg 2
Case 1:17-cr-00334-CMA Document 23-1 Filed 02/14/18 USDC Colorado Page 1 of 4 of 5

APPEAL,INTERPRETER,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:17−cr−00334−CMA All Defendants

| | |
|---|---|
| Case title: USA v. Castro−Cruz | Date Filed: 09/19/2017 |
| Other court case number: 2:14cr00007ABJ1 District of Wyoming | Date Terminated: 02/06/2018 |

Assigned to: Judge Christine M. Arguello

**Defendant (1)**

**Marco Castro−Cruz**  represented by **Boston H. Stanton , Jr.**
*TERMINATED: 02/06/2018*  Boston H. Stanton, Jr, Attorney at Law
*also known as*  P.O. Box 200507
Juan Ramirez−Perez  Denver, CO 80220
*TERMINATED: 02/06/2018*  303−377−2757
*also known as*  Fax: 303−394−0204
Guero  Email: bostonhs@comcast.net
*TERMINATED: 02/06/2018*  *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) Conspiracy to Distribute Heroin Resulting in Death (1) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of TWO HUNDRED FORTY (240) MONTHS to run concurrent to the sentence imposed in U.S. District Court, District of Colorado Case Number 14−cr−00144−CMA−4. Supervised Release of THREE (3) YEARS to run concurrent to the sentence imposed in U.S. District Court, District of Colorado Case Number 14−cr−00144−CMA−4. Special Assessment of $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 Aiding and Abetting the Distribution of Heroin Resulting in Death (2) | Dismissed on Motion of the Government |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**     represented by    **Barbara Suzanne Skalla**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0311
Fax: 303−454−0401
Email: barbara.skalla@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Guy Till**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0100
Fax: 303−454−0409
Email: guy.till@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Bradley William Giles**
U.S. Attorney's Office−Denver
1801 California Street
Suite 1600
Denver, CO 80202
303−454−0122
Fax: 303−454−0409
Email: bradley.giles@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 09/19/2017 | 1 | CONSENT TO TRANSFER JURISDICTION (Rule 20) from District of Wyoming as to Marco Castro−Cruz. (Attachments: # 1 Indictment, # 2 Penalty Sheet, # 3 Docket Sheet)(athom, ) (Entered: 09/19/2017) |
| 09/19/2017 | 2 | MINUTE ORDER as to Marco Castro−Cruz on 09/19/2017. Initial Appearance, Arraignment, and Change of Plea Hearing set for 9/20/2017 at 11:00 AM in Courtroom A 602 before Judge Christine M. Arguello pursuant to 1 CONSENT TO TRANSFER JURISDICTION (Rule 20). Text Only Entry (athom, ) (Entered: 09/19/2017) |
| 09/20/2017 | 3 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Initial Appearance, Arraignment, and Change of Plea Hearing as to Marco Castro−Cruz held on 9/20/2017. ORDERED: GRANTING Government's oral motion to dismiss Count 2 of the Indictment; Boston Stanton appointed to represent Defendant. Plea entered by Defendant, Guilty as to Count 1 of the Indictment. Sentencing set for 2/6/2018 10:00 AM in Courtroom A 602 before Judge Christine M. Arguello. All other dates are vacated and any pending motions are denied as moot. The US Probation Office shall prepare a Presentence Report. Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections shall be filed no later than 7 days before the sentencing date. Failure to timely file these pleadings may result in a continuance of the sentencing date. Defendant present in custody; Defendant remanded. (Total time: 34 Minutes, Hearing time: 11:04 a.m. −− 12:12 p.m. −− split time with Case No. 14−cr−00144−CMA−04)<br><br>**APPEARANCES**: Guy Till and Barbara Skalla on behalf of the Government; Boston |

| | | |
|---|---|---|
| | | Stanton on behalf of the Defendant. ALSO PRESENT: Wyoming CJA Defense Counsel Sean Barrett; Detective Nick Werth; IRS Special Agent Chad Eichelberger. Court Reporter: Darlene Martinez. Interpreter: David Lauman. (swest) Text Only Entry (Entered: 09/20/2017) |
| 09/20/2017 | 4 | PLEA AGREEMENT as to Marco Castro−Cruz. (swest) (Entered: 09/20/2017) |
| 09/20/2017 | 5 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Marco Castro−Cruz. (swest) (Entered: 09/20/2017) |
| 09/21/2017 | 6 | NOTICE OF ATTORNEY APPEARANCE: Boston H. Stanton, Jr appearing for Marco Castro−Cruz (Stanton, Boston) (Entered: 09/21/2017) |
| 12/15/2017 | 7 | ORDER as to Marco Castro−Cruz: Sentencing set for 2/6/2018 is VACATED and RESET to 1/18/2018, at 02:00 PM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 12/15/2017. Text Only Entry (cmasec) (Entered: 12/15/2017) |
| 12/15/2017 | 8 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Marco Castro−Cruz (ntaka) (Entered: 12/15/2017) |
| 12/28/2017 | 9 | OBJECTION/RESPONSE to Presentence Report by Marco Castro−Cruz (Stanton, Boston) (Entered: 12/28/2017) |
| 01/08/2018 | 10 | REPLY by USA as to Marco Castro−Cruz to 9 Objection/Response to Presentence Report (Till, Guy) (Entered: 01/08/2018) |
| 01/09/2018 | 11 | RESTRICTED PRESENTENCE REPORT as to Marco Castro−Cruz (Attachments: # 1 Exhibit A)(srich, ) (Entered: 01/09/2018) |
| 01/09/2018 | 12 | RESTRICTED ADDENDUM to Presentence Report 11 as to Marco Castro−Cruz (srich, ) (Entered: 01/09/2018) |
| 01/12/2018 | 13 | Utility Setting/Resetting Deadlines/Hearings as to Marco Castro−Cruz: Sentencing set for 1/18/2018 is VACATED and RESET to 2/5/2018 09:00 AM in Courtroom A 602 before Judge Christine M. Arguello pursuant to Minutes in Case No. 14−cr−00144−04. Text Only Entry (swest) (Entered: 01/12/2018) |
| 01/22/2018 | 14 | MOTION for Non−Guideline Sentence *And Sentencing Memorandum* by Marco Castro−Cruz. (Attachments: # 1 Exhibit, # 2 Exhibit)(Stanton, Boston) (Entered: 01/22/2018) |
| 01/30/2018 | 15 | NOTICE OF ATTORNEY APPEARANCE Guy Till appearing for USA. *AS SPECIAL ATTORNEY TO THE ATTORNEY GENERAL* (Attachments: # 1 Continuation of Main Document Attachment)(Till, Guy) (Entered: 01/30/2018) |
| 02/02/2018 | 16 | NOTICE OF ATTORNEY APPEARANCE Bradley William Giles appearing for USA. Attorney Bradley William Giles added to party USA(pty:pla) (Attachments: # 1 Continuation of Main Document)(Giles, Bradley) (Entered: 02/02/2018) |
| 02/02/2018 | 17 | MOTION to Dismiss Counts *TWO OF THE INDICTMENT* by USA as to Marco Castro−Cruz. (Giles, Bradley) (Entered: 02/02/2018) |
| 02/05/2018 | 18 | STRICKEN by record made on 2/5/2018 − Miscellaneous Motions filed by Marco Castro−Cruz. (cthom, ) Modified on 2/5/2018 (cmasec). (Entered: 02/05/2018) |
| 02/05/2018 | 19 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 2/5/2018 as to Defendant Marco Castro−Cruz. ORDERED GRANTING 17 Government's Motion to Dismiss Counts; GRANTING 14 Defendant's Motion for Non−Guideline Sentence. Defendant sentenced as reflected on the record. Defendant present in custody; Defendant remanded. Total time: 45 Minutes, Hearing time: 9:04 a.m. − 10:35 a.m.) (Time split with 14−cr−00144). **APPEARANCES**: Bradley Giles and Barbara Skala on behalf of the Government ; Boston Stanton and Sean Barrett on behalf of the Defendant ; Michelle Means on behalf of Probation. Court Reporter: Janet Coppock. Interpreter: Cathy Bahr and Susana Cahill. (swest) Text Only Entry (Entered: 02/05/2018) |

| 02/06/2018 | 20 | JUDGMENT as to defendant Marco Castro−Cruz (1): Count 1, Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of TWO HUNDRED FORTY (240) MONTHS to run concurrent to the sentence imposed in U.S. District Court, District of Colorado Case Number 14−cr−00144−CMA−4. Supervised Release of THREE (3) YEARS to run concurrent to the sentence imposed in U.S. District Court, District of Colorado Case Number 14−cr−00144−CMA−4. Special Assessment of $100.00. Count 2, Dismissed on Motion of the Government. SO ORDERED by Judge Christine M. Arguello on 2/6/2018. (cmasec) (Entered: 02/06/2018) |
|---|---|---|
| 02/06/2018 | 21 | STATEMENT OF REASONS as to Marco Castro−Cruz. (cmasec) (Entered: 02/06/2018) |
| 02/13/2018 | 22 | NOTICE OF APPEAL re 20 Judgment, by Marco Castro−Cruz. (Stanton, Boston) Modified on 2/14/2018 to create linkage (athom, ). (Entered: 02/13/2018) |