FILED  
United States Court of Appeals  
Tenth Circuit

March 2, 2018

Elisabeth A. Shumaker  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 18-1057 <br> (D.C. No. 1:17-CR-00334-CMA-1) <br> (D. Colo.) |
| MARCO CASTRO-CRUZ, a/k/a Juan Ramirez-Perez, a/k/a Guero, | |
| Defendant - Appellant. | |
| _____ | |
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 18-1058 <br> (D.C. No. 1:14-CR-00144-CMA-4) <br> (D. Colo.) |
| MARCO CASTRO-CRUZ, a/k/aJuan Ramirez-Perez, a/k/a Manuel Castro Cruz, a/k/a Rogelio Martinez Escalante, a/k/a Guero, | |
| Defendant - Appellant. | |

_____

**ORDER**

_____

Before **TYMKOVICH**, Chief Circuit Judge.

_____

In these two appeals, Defendant Marco Castro-Cruz appeals the judgments entered in two separate district court cases. He was represented by court-appointed attorney Boston Henry Stanton, Jr. in both matters. Mr. Stanton has filed motions in both appeals

seeking leave to withdraw as counsel of record for Mr. Castro-Cruz, and requesting the appointment of substitute appellate counsel. The district court has made the requisite finding of eligibility for the appointment of substitute counsel.

Upon consideration, the motions are granted. Mr. Stanton is appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, effective *nunc pro tunc* to the date the notices of appeal were filed in these matters, but that appointment ends with the entry of this order. He shall have no continuing obligations in these appeals, but remains responsible for ensuring that arrangements have been made through the district court's eVoucher system for payment of the transcripts he ordered on February 28, 2018 in both appeals.

Attorney Rick Bailey is now appointed to represent Mr. Castro-Cruz in both appeals pursuant to 18 U.S.C. § 3006A. Mr. Bailey's contact information is as follows:

> Rick E. Bailey
> Conlee, Schmidt & Emerson, LLP
> 200 W. Douglas, Ste. 300
> Wichita, Kansas 67202
> (phone) 316-264-3300
> (fax) 316-264-3423
> rbailey@fcse.net

**Within 10 days** from the date of this order, Mr. Bailey shall file an appearance with the clerk.

Designations of record and transcript order forms have already been filed in both district court cases. Mr. Bailey is responsible for confirming with Mr. Stanton that adequate payment arrangements have been made through the district court's eVoucher system for the transcripts already ordered. In addition, if warranted, Mr. Bailey shall file

a supplemental designation of record or a supplemental transcript order form **within 20 days** from the date of this order.

Moreover, these appeals are now consolidated for all procedural purposes, including briefing, preparation of the record, submission to the court, and oral argument if scheduled. Accordingly, once the requested transcripts have been prepared, the clerk of the district court shall transmit a **single consolidated record on appeal** for both appeals containing all of the items designated and all of the transcripts ordered in both cases. The clerk shall wait at least 20 days from the date of this order before transmitting the consolidated record on appeal. Going forward, all pleadings filed in these consolidated cases must include both case numbers in the consolidated caption and must be filed in both appeals.

Finally, interpreting services appear necessary to an adequate defense and therefore prior approval is granted at this time for counsel to incur up to $800 of interpreting services. If additional interpreting services are needed counsel should seek prior approval by sealed, ex parte motion. In order to conserve charges related to travel and facility waiting time, counsel is encouraged to conduct client interviews by conference call with the interpreter and client on the call. Interpreting time should be documented in the expenses section of counsel's CJA 20 voucher. A copy of the interpreter's itemized invoice should also be included.

All of the pleadings filed to date are available on the CM docket and PACER. Mr.

Stanton is directed to forward any additional materials in his possession pertinent to these appeals to Mr. Bailey.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        *Jane K. Castro* (signature)

        by: Jane K. Castro
            Counsel to the Clerk